IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP 16 2022

Nathan Ochsner, Clerk

EDGAR L. BRITT

Plaintiff,

vs.

MEDTRONIC, INC.,

Defendant.

Civil Action No. 7:22-cv-00218

First Amended
"Original Complaint for Malpractice/Statue of Repose/Product Liability"

Amended on September 16th, pursuant to rule 8.21

As a result of insufficient training for Dr. Syed Hussain of Weslaco Texas. I Edgar L. Britt Plaintiff have sustained numerous injuries from outed screws. This has happened because of the above mentioned doctor being allowed to operate using medical devices provided by Medtronic Inc Defendant without adequate or sufficient traing with these medical devices, namely peek implants and the Atlantic Elite Anterior cervical plate.

Dr. Hussain failed to utilize a built in locking mechanism for the cervical plate screws. The sole purpose of this feature is to lock the screws down once they have been screwed into place. This feature when used properly will not allow the screws holding the cervical plate to retract or back out.

I Edgar L. Britt Plaintiff have suffered multiple injuries and nearly 5 years worth of un-necessary pain because of this. I have a screw in my left arm, I have a screw

that has managed to get jamed up in my lower back. It's caught up in the lumbar region of my lower back. I had a lumbar laminectomy in 1987. This is the old way of correcting pinched nerves from protruding disc. They had to cut away at and chip out the bone back then. This leaves an open space or hole/empty space. At least one screw has managed to get stuck in there and at times it causes the worst pain that I have ever had in my life. When it's at its worst i can barley walk and I have to start out every day with baby steps. This screws wakes me multiple times every night. I wake up screaming. I cant lay down for comfort, I cant stand for comfort, I can barley walk and I am miserable. I wouldn't put what I'm going through on my worst enemie. I have lots of pain and difficulty driving, getting in and out of my car. I have or experience very sharp shooting pains in my lower back and to the right side of my spine. I can literally feel the screw at times when it moves. I could feel it along with pain as it traveled down my back.

  I've had multiple screws get caught up in my intestines. With this I get a lot of fresh bright red liquid blood to run from my rectum immediately after passing a stool.

  If Medtronic Inc. would have properly trained Dr Hussain before he was allowed to utizle their products on patients, on me. Then I Edgar L. Britt Plaintiff

wouldn't have had to go through all of this un-necessary pain, torment and mental anguish that I've been forced to endure for nearly 5 years now. While the crooked doctor's try to hide and cover-up what they've done instead of doing what is legal, morally and ethically right. That being take care of the patient!

In this situation they are all liable and im convinced of that.

With All Do Respect. This case meets the criteria for a sound Statue of Repose / Product Liabity Law suite as per Federal law, tort law.

Sincerely,

Edgard Britt

September 10th 2022

Civil Action No. 7:22-cv-00218

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record via electronic filing service: [hand delivery/(certified mail) return-receipt requested/facsimile transmission] on this [ordinal number of day] day of [name of month], [identification of year].

September 18th 2022 VIA certified mail

"First Amended Original Complaint for Malpractice/Statue of Repose/Product Liability"

| Defendant | Plaintiff |
|---|---|
| Medtronic Inc. | Edgar L. Britt |
| Attorney: Norma N. Bennett At | 3011 W. Bus. Hwy 83 |
| Shook Hardy & Bacon, LLP | Room # 117 |
| 600 Travis, Ste. 3400 | McAllen, Texas 78501 |
| Houston, Texas 77002 | phone 956-359-1615 |
| phone 713-227-8008 | e-mail edgarliptonbritt@Gmail.com |
| e-mail Nbennett@shb.com | Edgar L. Britt |
| | September 18th 2022 |

-2-