United States District Court
Southern District of Texas
**ENTERED**
March 28, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| EDGAR L. BRITT | ) |
| | ) CIVIL ACTION NUMBER |
| VS. | ) |
| | ) M-22-218 |
| MEDTRONIC, INC. | ) |

## JUDGMENT

Having come on to be considered Defendant's Motion for Summary Judgment (Docket Entry No. 54), and the Court having considered said Motion, the responses and replies thereto, the pleadings on file, and the arguments of counsel, found that Defendant's Motion for Summary Judgment should be GRANTED for the reasons stated on the record.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment is GRANTED. This cause of action is hereby DISMISSED.

DONE on this 28th day of March, 2024, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE