United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **EDGAR L. BRITT,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 7:22-CV-0218** |
| | § | |
| **MEDTRONIC, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Magistrate Judge's Report and Recommendation (Dkt. No. 67) and Plaintiff's objections thereto (Dkt. No. 69). The Court has conducted a *de novo* review of the record in this matter as it pertained to the specific objections raised by Plaintiff, pursuant to 28 U.S.C. § 636(b)(1). After having reviewed the Report and Recommendation, Plaintiff's objections, and the record as it pertained thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation are hereby adopted.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that Plaintiff's Motion to Reinstate Case on Docket (Dkt. No. 64) should be **DENIED**.

The Clerk shall send a copy of this Order to the parties.

IT IS SO **ORDERED** this 4th day of September 2026 in McAllen, Texas.

Arthur R. Jones
United States District Judge